FILED
IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ JUL - 2 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WATERFORD TOWNSHIP POLICE & FIRE
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,

     –against–

SMITHTOWN BANCORP, INC., *et al.*,

                        Defendants.
------------------------------------------------------------------x
GEORGE YOURGAL,, Individually and on
Behalf of All Others Similarly Situated,

                        Plaintiff,

     –against–

SMITHTOWN BANCORP, INC., *et al.*,

                        Defendants.
------------------------------------------------------------------x

**REFERRAL ORDER**

10-CV-864 (SLT)(RER)

10-CV-1405 (SLT)(RER)

**TOWNES, United States District Judge:**

The motion by plaintiff Waterford Township Police & Fire Retirement System and putative class member Michael L. Cox which seeks (1) to consolidate the two above-captioned actions; (2) to name Waterford Township Police & Fire Retirement System and Michael L. Cox as Lead Plaintiffs and (3) to appoint Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby referred to Magistrate Judge Ramon E. Reyes to hear and determine.

**SO ORDERED.**

                                          s/ SLT
                                          /SANDRA L. TOWNES
                                          United States District Judge

Dated: June 22, 2010
         Brooklyn, New York